**DENIED; Opinion Filed September 16, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01136-CV

### IN RE KEVIN RIEDLE, Relator

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-10-00493**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Lang

Relator contends the trial court violated a ministerial duty by not ruling on motions he has filed. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding); *In re Coston*, 07-03-0366-CV, 2003 WL 21939465 at *1 (Tex. App. -- Amarillo Aug. 13, 2003, orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Douglas S. Lang/

DOUGLAS S. LANG

131136F.P05

JUSTICE